IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 JUL 28  AM 8:36
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| CHRISTOPHER BEASLEY, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-09-CA-440-LY |
| | § | |
| LONE STAR SUBS, LTD., | § | |
| DEFENDANT. | § | |

### FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date by separate order, the Court signed an Order of Dismissal With Prejudice and dismissed Plaintiff Christopher Beasley's claims against Lone Star Subs, Ltd. As all issues in this action are resolved, the Court renders the following final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiff Christopher Beasley's claims against Defendant Lone Star Subs, Ltd. are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the parties bear their own costs and fees.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED.**

**FINALLY, IT IS ORDERED** that this action is hereby **CLOSED.**

SIGNED this 28th day of July, 2009.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE